From:       JPMLCMECF@jpml.uscourts.gov
To:         JPMLCMDECF@jpml.uscourts.gov
Date:       09/19/2019 08:43 AM
Subject:    Activity in Case MDL No. 2804 IN RE: National Prescription Opiate Litigation Conditional Transfer
            Order Finalized

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 9/19/2019 at 8:41 AM EDT and filed on 9/19/2019

| | |
|---|---|
| **Case Name:** | IN RE: National Prescription Opiate Litigation |
| **Case Number:** | MDL No. 2804 |
| **Filer:** | |
| **Document Number:** | 5661 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-111) - 17 action(s) *re: pldg. ([5583] in MDL No. 2804, 1 in NYE/1:19-cv-04949, 1 in NYE/1:19-cv-04952, 1 in NYE/1:19-cv-04958, 1 in NYE/1:19-cv-04961, 1 in NYE/1:19-cv-04964, 1 in NYE/2:19-cv-04972, 1 in NYE/2:19-cv-04976, 1 in OKN/4:19-cv-00485, 1 in PAE/2:19-cv-03899, 2 in PAE/5:19-cv-03884, 1 in PR/3:19-cv-01814, 1 in PR/3:19-cv-01815, 1 in PR/3:19-cv-01816, 1 in PR/3:19-cv-01818, 1 in PR/3:19-cv-01819, 1 in PR/3:19-cv-01821, 1 in PR/3:19-cv-01824)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

**Case Name:** Osage Nation, The v. Purdue Pharma L.P. et al

**Case Number:** OKN/4:19-cv-00485

**Filer:**

**Document Number:** 4

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-111) - 17 action(s)** *re: pldg. ( [5583] in MDL No. 2804, 1 in NYE/1:19-cv-04949, 1 in NYE/1:19-cv-04952, 1 in NYE/1:19-cv-04958, 1 in NYE/1:19-cv-04961, 1 in NYE/1:19-cv-04964, 1 in NYE/2:19-cv-04972, 1 in NYE/2:19-cv-04976, 1 in OKN/4:19-cv-00485, 1 in PAE/2:19-cv-03899, 2 in PAE/5:19-cv-03884, 1 in PR/3:19-cv-01814, 1 in PR/3:19-cv-01815, 1 in PR/3:19-cv-01816, 1 in PR/3:19-cv-01818, 1 in PR/3:19-cv-01819, 1 in PR/3:19-cv-01821, 1 in PR/3:19-cv-01824)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

**Case Name:** Drywall Tapers Insurance Fund v. Purdue Pharma L.P. et al

**Case Number:** NYE/1:19-cv-04952

**Filer:**

**Document Number:** 3

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-111) - 17 action(s)** *re: pldg. ( [5583] in MDL No. 2804, 1 in NYE/1:19-cv-04949, 1 in NYE/1:19-cv-04952, 1 in NYE/1:19-cv-04958, 1 in NYE/1:19-cv-04961, 1 in NYE/1:19-cv-04964, 1 in NYE/2:19-cv-04972, 1 in NYE/2:19-cv-04976, 1 in OKN/4:19-cv-00485, 1 in PAE/2:19-cv-03899, 2 in PAE/5:19-cv-03884, 1 in PR/3:19-cv-01814, 1 in PR/3:19-cv-01815, 1 in PR/3:19-cv-01816, 1 in PR/3:19-cv-01818, 1 in PR/3:19-cv-01819, 1 in PR/3:19-cv-01821, 1 in PR/3:19-cv-01824)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

| | |
|---|---|
| **Case Name:** | NOITU Insurance Trust Fund v. Purdue Pharma L.P. et al |
| **Case Number:** | NYE/1:19-cv-04958 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-111) - 17 action(s) *re: pldg. ( [5583] in MDL No. 2804, 1 in NYE/1:19-cv-04949, 1 in NYE/1:19-cv-04952, 1 in NYE/1:19-cv-04958, 1 in NYE/1:19-cv-04961, 1 in NYE/1:19-cv-04964, 1 in NYE/2:19-cv-04972, 1 in NYE/2:19-cv-04976, 1 in OKN/4:19-cv-00485, 1 in PAE/2:19-cv-03899, 2 in PAE/5:19-cv-03884, 1 in PR/3:19-cv-01814, 1 in PR/3:19-cv-01815, 1 in PR/3:19-cv-01816, 1 in PR/3:19-cv-01818, 1 in PR/3:19-cv-01819, 1 in PR/3:19-cv-01821, 1 in PR/3:19-cv-01824)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

| | |
|---|---|
| **Case Name:** | Laborers Local 1298 of Nassau & Suffolk Counties Welfare Fund v. Purdue Pharma L.P. et al |
| **Case Number:** | NYE/2:19-cv-04976 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-111) - 17 action(s) *re: pldg. (***

*[5583] in MDL No. 2804, 1 in NYE/1:19-cv-04949, 1 in NYE/1:19-cv-04952, 1 in NYE/1:19-cv-04958, 1 in NYE/1:19-cv-04961, 1 in NYE/1:19-cv-04964, 1 in NYE/2:19-cv-04972, 1 in NYE/2:19-cv-04976, 1 in OKN/4:19-cv-00485, 1 in PAE/2:19-cv-03899, 2 in PAE/5:19-cv-03884, 1 in PR/3:19-cv-01814, 1 in PR/3:19-cv-01815, 1 in PR/3:19-cv-01816, 1 in PR/3:19-cv-01818, 1 in PR/3:19-cv-01819, 1 in PR/3:19-cv-01821, 1 in PR/3:19-cv-01824)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

| | |
|---|---|
| **Case Name:** | Municipality of Bayamon, Puerto Rico v. Purdue Pharma L.P. et al |
| **Case Number:** | PR/3:19-cv-01815 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-111) - 17 action(s) *re: pldg. ( [5583] in MDL No. 2804, 1 in NYE/1:19-cv-04949, 1 in NYE/1:19-cv-04952, 1 in NYE/1:19-cv-04958, 1 in NYE/1:19-cv-04961, 1 in NYE/1:19-cv-04964, 1 in NYE/2:19-cv-04972, 1 in NYE/2:19-cv-04976, 1 in OKN/4:19-cv-00485, 1 in PAE/2:19-cv-03899, 2 in PAE/5:19-cv-03884, 1 in PR/3:19-cv-01814, 1 in PR/3:19-cv-01815, 1 in PR/3:19-cv-01816, 1 in PR/3:19-cv-01818, 1 in PR/3:19-cv-01819, 1 in PR/3:19-cv-01821, 1 in PR/3:19-cv-01824)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

| | |
|---|---|
| **Case Name:** | Municipality of Arroyo, Puerto Rico v. Purdue Pharma L.P. et al |
| **Case Number:** | PR/3:19-cv-01816 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-111) - 17 action(s)** *re: pldg. ( [5583] in MDL No. 2804, 1 in NYE/1:19-cv-04949, 1 in NYE/1:19-cv-04952, 1 in NYE/1:19-cv-04958, 1 in NYE/1:19-cv-04961, 1 in NYE/1:19-cv-04964, 1 in NYE/2:19-cv-04972, 1 in NYE/2:19-cv-04976, 1 in OKN/4:19-cv-00485, 1 in PAE/2:19-cv-03899, 2 in PAE/5:19-cv-03884, 1 in PR/3:19-cv-01814, 1 in PR/3:19-cv-01815, 1 in PR/3:19-cv-01816, 1 in PR/3:19-cv-01818, 1 in PR/3:19-cv-01819, 1 in PR/3:19-cv-01821, 1 in PR/3:19-cv-01824)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

| | |
|---|---|
| **Case Name:** | Nassau University Medical Center v. Purdue Pharma L.P. et al |
| **Case Number:** | NYE/2:19-cv-04972 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-111) - 17 action(s)** *re: pldg. ( [5583] in MDL No. 2804, 1 in NYE/1:19-cv-04949, 1 in NYE/1:19-cv-04952, 1 in NYE/1:19-cv-04958, 1 in NYE/1:19-cv-04961, 1 in NYE/1:19-cv-04964, 1 in NYE/2:19-cv-04972, 1 in NYE/2:19-cv-04976, 1 in OKN/4:19-cv-00485, 1 in PAE/2:19-cv-03899, 2 in PAE/5:19-cv-03884, 1 in PR/3:19-cv-01814, 1 in PR/3:19-cv-01815, 1 in PR/3:19-cv-01816, 1 in PR/3:19-cv-01818, 1 in PR/3:19-cv-01819, 1 in PR/3:19-cv-01821, 1 in PR/3:19-cv-01824)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

| | |
|---|---|
| **Case Name:** | Local 22 Health Benefit Fund v. Purdue Pharma L.P. et al |
| **Case Number:** | NYE/1:19-cv-04964 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-111) - 17 action(s)** *re: pldg. ( [5583] in MDL No. 2804, 1 in NYE/1:19-cv-04949, 1 in NYE/1:19-cv-04952, 1 in NYE/1:19-cv-04958, 1 in NYE/1:19-cv-04961, 1 in NYE/1:19-cv-04964, 1 in NYE/2:19-cv-04972, 1 in NYE/2:19-cv-04976, 1 in OKN/4:19-cv-00485, 1 in PAE/2:19-cv-03899, 2 in PAE/5:19-cv-03884, 1 in PR/3:19-cv-01814, 1 in PR/3:19-cv-01815, 1 in PR/3:19-cv-01816, 1 in PR/3:19-cv-01818, 1 in PR/3:19-cv-01819, 1 in PR/3:19-cv-01821, 1 in PR/3:19-cv-01824)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

| | |
|---|---|
| **Case Name:** | Municipality of Coamo, Puerto Rico v. Purdue Pharma L.P. et al |
| **Case Number:** | PR/3:19-cv-01819 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-111) - 17 action(s)** *re: pldg. ( [5583] in MDL No. 2804, 1 in NYE/1:19-cv-04949, 1 in NYE/1:19-cv-04952, 1 in NYE/1:19-cv-04958, 1 in NYE/1:19-cv-04961, 1 in NYE/1:19-cv-04964, 1 in*

*NYE/2:19-cv-04972, 1 in NYE/2:19-cv-04976, 1 in OKN/4:19-cv-00485, 1 in PAE/2:19-cv-03899, 2 in PAE/5:19-cv-03884, 1 in PR/3:19-cv-01814, 1 in PR/3:19-cv-01815, 1 in PR/3:19-cv-01816, 1 in PR/3:19-cv-01818, 1 in PR/3:19-cv-01819, 1 in PR/3:19-cv-01821, 1 in PR/3:19-cv-01824)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

| | |
|---|---|
| **Case Name:** | Amalgamated Union Local 450-A Welfare Fund v. Purdue Pharma L.P. et al |
| **Case Number:** | NYE/1:19-cv-04949 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-111) - 17 action(s)** *re: pldg. ( [5583] in MDL No. 2804, 1 in NYE/1:19-cv-04949, 1 in NYE/1:19-cv-04952, 1 in NYE/1:19-cv-04958, 1 in NYE/1:19-cv-04961, 1 in NYE/1:19-cv-04964, 1 in NYE/2:19-cv-04972, 1 in NYE/2:19-cv-04976, 1 in OKN/4:19-cv-00485, 1 in PAE/2:19-cv-03899, 2 in PAE/5:19-cv-03884, 1 in PR/3:19-cv-01814, 1 in PR/3:19-cv-01815, 1 in PR/3:19-cv-01816, 1 in PR/3:19-cv-01818, 1 in PR/3:19-cv-01819, 1 in PR/3:19-cv-01821, 1 in PR/3:19-cv-01824)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

| | |
|---|---|
| **Case Name:** | I-KARE TREATMENT CENTER, LLC v. PURDUE PHARMA L.P. et al |
| **Case Number:** | PAE/2:19-cv-03899 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-111) - 17 action(s)** *re: pldg. ( [5583] in MDL No. 2804, 1 in NYE/1:19-cv-04949, 1 in NYE/1:19-cv-04952, 1 in NYE/1:19-cv-04958, 1 in NYE/1:19-cv-04961, 1 in NYE/1:19-cv-04964, 1 in NYE/2:19-cv-04972, 1 in NYE/2:19-cv-04976, 1 in OKN/4:19-cv-00485, 1 in PAE/2:19-cv-03899, 2 in PAE/5:19-cv-03884, 1 in PR/3:19-cv-01814, 1 in PR/3:19-cv-01815, 1 in PR/3:19-cv-01816, 1 in PR/3:19-cv-01818, 1 in PR/3:19-cv-01819, 1 in PR/3:19-cv-01821, 1 in PR/3:19-cv-01824)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

| | |
|---|---|
| **Case Name:** | Municipality of Villalba v. Purdue Pharma L.P. et al |
| **Case Number:** | PR/3:19-cv-01821 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-111) - 17 action(s)** *re: pldg. ( [5583] in MDL No. 2804, 1 in NYE/1:19-cv-04949, 1 in NYE/1:19-cv-04952, 1 in NYE/1:19-cv-04958, 1 in NYE/1:19-cv-04961, 1 in NYE/1:19-cv-04964, 1 in NYE/2:19-cv-04972, 1 in NYE/2:19-cv-04976, 1 in OKN/4:19-cv-00485, 1 in PAE/2:19-cv-03899, 2 in PAE/5:19-cv-03884, 1 in PR/3:19-cv-01814, 1 in PR/3:19-cv-01815, 1 in PR/3:19-cv-01816, 1 in PR/3:19-cv-01818, 1 in PR/3:19-cv-01819, 1 in PR/3:19-cv-01821, 1 in PR/3:19-cv-01824)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

| | |
|---|---|
| **Case Name:** | CITY OF ALLENTOWN, PENNSYLVANIA v. AMERISOURCEBERGEN DRUG COR et al |
| **Case Number:** | PAE/5:19-cv-03884 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-111) - 17 action(s)** *re: pldg. ( [5583] in MDL No. 2804, 1 in NYE/1:19-cv-04949, 1 in NYE/1:19-cv-04952, 1 in NYE/1:19-cv-04958, 1 in NYE/1:19-cv-04961, 1 in NYE/1:19-cv-04964, 1 in NYE/2:19-cv-04972, 1 in NYE/2:19-cv-04976, 1 in OKN/4:19-cv-00485, 1 in PAE/2:19-cv-03899, 2 in PAE/5:19-cv-03884, 1 in PR/3:19-cv-01814, 1 in PR/3:19-cv-01815, 1 in PR/3:19-cv-01816, 1 in PR/3:19-cv-01818, 1 in PR/3:19-cv-01819, 1 in PR/3:19-cv-01821, 1 in PR/3:19-cv-01824)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

| | |
|---|---|
| **Case Name:** | Local 8A-28A Welfare Fund v. Purdue Pharma L.P. et al |
| **Case Number:** | NYE/1:19-cv-04961 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-111) - 17 action(s)** *re: pldg. ( [5583] in MDL No. 2804, 1 in NYE/1:19-cv-04949, 1 in NYE/1:19-cv-04952, 1 in NYE/1:19-cv-04958, 1 in NYE/1:19-cv-04961, 1 in NYE/1:19-cv-04964, 1 in*

*NYE/2:19-cv-04972, 1 in NYE/2:19-cv-04976, 1 in OKN/4:19-cv-00485, 1 in PAE/2:19-cv-03899, 2 in PAE/5:19-cv-03884, 1 in PR/3:19-cv-01814, 1 in PR/3:19-cv-01815, 1 in PR/3:19-cv-01816, 1 in PR/3:19-cv-01818, 1 in PR/3:19-cv-01819, 1 in PR/3:19-cv-01821, 1 in PR/3:19-cv-01824)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

| | |
|---|---|
| **Case Name:** | Municipality of Caguas v. Purdue Pharma Inc. et al |
| **Case Number:** | PR/3:19-cv-01814 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-111) - 17 action(s)** *re: pldg. ( [5583] in MDL No. 2804, 1 in NYE/1:19-cv-04949, 1 in NYE/1:19-cv-04952, 1 in NYE/1:19-cv-04958, 1 in NYE/1:19-cv-04961, 1 in NYE/1:19-cv-04964, 1 in NYE/2:19-cv-04972, 1 in NYE/2:19-cv-04976, 1 in OKN/4:19-cv-00485, 1 in PAE/2:19-cv-03899, 2 in PAE/5:19-cv-03884, 1 in PR/3:19-cv-01814, 1 in PR/3:19-cv-01815, 1 in PR/3:19-cv-01816, 1 in PR/3:19-cv-01818, 1 in PR/3:19-cv-01819, 1 in PR/3:19-cv-01821, 1 in PR/3:19-cv-01824)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

| | |
|---|---|
| **Case Name:** | Municipality of Catano, Puerto Rico v. Purdue Pharma L.P. et al |
| **Case Number:** | PR/3:19-cv-01824 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-111) - 17 action(s) *re: pldg. ( [5583] in MDL No. 2804, 1 in NYE/1:19-cv-04949, 1 in NYE/1:19-cv-04952, 1 in NYE/1:19-cv-04958, 1 in NYE/1:19-cv-04961, 1 in NYE/1:19-cv-04964, 1 in NYE/2:19-cv-04972, 1 in NYE/2:19-cv-04976, 1 in OKN/4:19-cv-00485, 1 in PAE/2:19-cv-03899, 2 in PAE/5:19-cv-03884, 1 in PR/3:19-cv-01814, 1 in PR/3:19-cv-01815, 1 in PR/3:19-cv-01816, 1 in PR/3:19-cv-01818, 1 in PR/3:19-cv-01819, 1 in PR/3:19-cv-01821, 1 in PR/3:19-cv-01824)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

| | |
|---|---|
| **Case Name:** | Municipality of Ceiba, Puerto Rico v. Purdue Pharma L.P. et al |
| **Case Number:** | PR/3:19-cv-01818 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**

**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-111) - 17 action(s) *re: pldg. ( [5583] in MDL No. 2804, 1 in NYE/1:19-cv-04949, 1 in NYE/1:19-cv-04952, 1 in NYE/1:19-cv-04958, 1 in NYE/1:19-cv-04961, 1 in NYE/1:19-cv-04964, 1 in NYE/2:19-cv-04972, 1 in NYE/2:19-cv-04976, 1 in OKN/4:19-cv-00485, 1 in PAE/2:19-cv-03899, 2 in PAE/5:19-cv-03884, 1 in PR/3:19-cv-01814, 1 in PR/3:19-cv-01815, 1 in PR/3:19-cv-01816, 1 in PR/3:19-cv-01818, 1 in PR/3:19-cv-01819, 1 in PR/3:19-cv-01821, 1 in PR/3:19-cv-01824)* Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

**MDL No. 2804 Notice has been electronically mailed to:**

Mark Steven Cheffo    mark.cheffo@dechert.com, Maka.Oganesian@dechert.com, Mara.cuskergonzalez@dechert.com, Rachel.Passaretti-Wu@dechert.com, Suchan.Kim@dechert.com, maracusker.gonzalez@dechert.com, mark-cheffo-0500@ecf.pacerpro.com, sam.rosen@dechert.com

Peter Henry Weinberger    pweinberger@spanglaw.com

Troy Rafferty    trafferty@levinlaw.com

Steven J. Skikos    sskikos@skikos.com, mmontoya@skikoscrawford.com, mskikos@skikoscrawford.com

Shannon E. McClure    smcclure@reedsmith.com

Ralph E. Cascarilla    rcascarilla@walterhav.com

Enu Mainigi    emainigi@wc.com, cbrown-taylor@wc.com

Tyler G. Tarney    ttarney@grsm.com, rrose@grsm.com

Carole Schwartz Rendon    crendon@bakerlaw.com

**MDL No. 2804 Notice will not be electronically mailed to:**

**OKN/4:19-cv-00485 Notice has been electronically mailed to:**

Sheila L. Birnbaum    sheila.birnbaum@dechert.com, Suchan.Kim@dechert.com, hayden.coleman@dechert.com, jonathan.tam@dechert.com, lindsay.zanello@dechert.com, sam.rosen@dechert.com, sara.roitman@dechert.com

Brien T. O'Connor    Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Mark H. Lynch    mlynch@cov.com

Jonathan L. Stern    Jonathan.Stern@arnoldporter.com, Angela.Vicari@arnoldporter.com, John.Hunt@arnoldporter.com, alan.rothman@arnoldporter.com, eliseo.puig@arnoldporter.com, sean.mccormick@arnoldporter.com

Matthew J. Sill     msill@fulmersill.com, david@sill-law.com, lindar@sill-law.com, tosha@sill-law.com

Ronda L. Harvey     rharvey@bowlesrice.com, deasterling@bowlesrice.com

John H. Sparks     sparksj@odomsparks.com

Steven A. Reed     steven.reed@morganlewis.com, evan.jacobs@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Adam K. Levin     adam.levin@hoganlovells.com, ecf-7e9a4cae8b17@ecf.pacerpro.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Charles Coleman Lifland     clifland@omm.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com

Andrew J. O'Connor     andrew.o'connor@ropesgray.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com

Ryan A Ray     rar@nwcjlaw.com, mkn@nwcjlaw.com

D Michael McBride, III     michael.mcbride@crowedunlevy.com

Susan E Huntsman     susan.huntsman@crowedunlevy.com

Harrison C Lujan     hlujan@fulmersill.com, hlujan@fulmergrouplaw.com

Christopher J Lovrien     cjlovrien@jonesday.com, eytran@jonesday.com

Joshua D Burns     joshua.burns@crowedunlevy.com

Michael W. Ridgeway     ridgewaym@odomsparks.com

Stuart D Campbell     scampbell@dsda.com

Frank H. Spruiell, Jr     fspruiell@wwmlaw.com, chillard@wwmlaw.com

Todd A. Court     todd.court@mcafeetaft.com

Curtis Muskrat Bruehl     cbruehl@bruehllaw.com

Evan Hans Way     evan.way@crowedunlevy.com

**OKN/4:19-cv-00485 Notice will not be electronically mailed to:**

Sandoz Inc.
100 College Road, West
Princeton, NJ 08540

**NYE/1:19-cv-04952 Notice has been electronically mailed to:**

Sheila L. Birnbaum     sheila.birnbaum@dechert.com, Suchan.Kim@dechert.com,
hayden.coleman@dechert.com, jonathan.tam@dechert.com, lindsay.zanello@dechert.com,
sam.rosen@dechert.com, sara.roitman@dechert.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Mark H. Lynch     mlynch@cov.com

Jonathan L. Stern     Jonathan.Stern@arnoldporter.com, Angela.Vicari@arnoldporter.com,
John.Hunt@arnoldporter.com, alan.rothman@arnoldporter.com, eliseo.puig@arnoldporter.com,
sean.mccormick@arnoldporter.com

Dean T Barnhard     dean.barnhard@btlaw.com, karen.philogene@btlaw.com

Randi A. Kassan     rkassan@thesandersfirm.com, Rkassan@thesandersfirm.com,
rkassan@ssbwlaw.com

Ronda L. Harvey     rharvey@bowlesrice.com, deasterling@bowlesrice.com

Daniel Jarcho     daniel.jarcho@alston.com

Steven A. Reed     steven.reed@morganlewis.com, evan.jacobs@morganlewis.com,
melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com,
rebecca.zieben@morganlewis.com

Maura K Monaghan     mkmonagh@debevoise.com, mao-ecf@debevoise.com

GREGORY N. HEINEN     gheinen@foley.com

Steven F Napolitano     snapolitano@skarzynski.com, trolo@skarzynski.com

Shannon McGovern     smcgovern@stblaw.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Christopher J. Stanley     cstanley@jha.com

Charles Coleman Lifland     clifland@omm.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com

Andrew J. O'Connor     andrew.o'connor@ropesgray.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com

J. Matthew Donohue     matt.donohue@hklaw.com, JMDListServe@hklaw.com

Joseph L. Franco     Joe.Franco@hklaw.com

Alexandra W. Miller     smiller@zuckerman.com

Tara A. Fumerton     tfumerton@jonesday.com

Jennifer D. Armstrong     jarmstrong@mcdonaldhopkins.com

**NYE/1:19-cv-04952 Notice will not be electronically mailed to:**

**NYE/1:19-cv-04958 Notice has been electronically mailed to:**

Sheila L. Birnbaum     sheila.birnbaum@dechert.com, Suchan.Kim@dechert.com, hayden.coleman@dechert.com, jonathan.tam@dechert.com, lindsay.zanello@dechert.com, sam.rosen@dechert.com, sara.roitman@dechert.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Mark H. Lynch     mlynch@cov.com

Jonathan L. Stern     Jonathan.Stern@arnoldporter.com, Angela.Vicari@arnoldporter.com, John.Hunt@arnoldporter.com, alan.rothman@arnoldporter.com, eliseo.puig@arnoldporter.com, sean.mccormick@arnoldporter.com

Dean T Barnhard     dean.barnhard@btlaw.com, karen.philogene@btlaw.com

Randi A. Kassan     rkassan@thesandersfirm.com, Rkassan@thesandersfirm.com, rkassan@ssbwlaw.com

Ronda L. Harvey     rharvey@bowlesrice.com, deasterling@bowlesrice.com

Daniel Jarcho     daniel.jarcho@alston.com

Steven A. Reed     steven.reed@morganlewis.com, evan.jacobs@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Maura K Monaghan    mkmonagh@debevoise.com, mao-ecf@debevoise.com

GREGORY N. HEINEN    gheinen@foley.com

Steven F Napolitano    snapolitano@skarzynski.com, trolo@skarzynski.com

Shannon McGovern    smcgovern@stblaw.com

Enu Mainigi    emainigi@wc.com, cbrown-taylor@wc.com

Christopher J. Stanley    cstanley@jha.com

Charles Coleman Lifland    clifland@omm.com

Donna Marie Welch    dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com

Andrew J. O'Connor    andrew.o'connor@ropesgray.com

Robert Arthur Nicholas    rnicholas@reedsmith.com, aemch@jacksonkelly.com

J. Matthew Donohue    matt.donohue@hklaw.com, JMDListServe@hklaw.com

Joseph L. Franco    Joe.Franco@hklaw.com

Alexandra W. Miller    smiller@zuckerman.com

Tara A. Fumerton    tfumerton@jonesday.com

Jennifer D. Armstrong    jarmstrong@mcdonaldhopkins.com

**NYE/1:19-cv-04958 Notice will not be electronically mailed to:**

**NYE/2:19-cv-04976 Notice has been electronically mailed to:**

Sheila L. Birnbaum    sheila.birnbaum@dechert.com, Suchan.Kim@dechert.com, hayden.coleman@dechert.com, jonathan.tam@dechert.com, lindsay.zanello@dechert.com, sam.rosen@dechert.com, sara.roitman@dechert.com

Mark Steven Cheffo    mark.cheffo@dechert.com, Maka.Oganesian@dechert.com, Mara.cuskergonzalez@dechert.com, Rachel.Passaretti-Wu@dechert.com, Suchan.Kim@dechert.com, maracusker.gonzalez@dechert.com, mark-cheffo-0500@ecf.pacerpro.com, sam.rosen@dechert.com

Joseph M McLaughlin    jmclaughlin@stblaw.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Mark H. Lynch     mlynch@cov.com

Jonathan L. Stern     Jonathan.Stern@arnoldporter.com, Angela.Vicari@arnoldporter.com, John.Hunt@arnoldporter.com, alan.rothman@arnoldporter.com, eliseo.puig@arnoldporter.com, sean.mccormick@arnoldporter.com

Randi A. Kassan     rkassan@thesandersfirm.com, Rkassan@thesandersfirm.com, rkassan@ssbwlaw.com

Daniel Jarcho     daniel.jarcho@alston.com

Steven A. Reed     steven.reed@morganlewis.com, evan.jacobs@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Maura K Monaghan     mkmonagh@debevoise.com, mao-ecf@debevoise.com

Steven F Napolitano     snapolitano@skarzynski.com, trolo@skarzynski.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Charles Coleman Lifland     clifland@omm.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com

Andrew J. O'Connor     andrew.o'connor@ropesgray.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com

Nicholas A. Sarokhanian     nicholas.sarokhanian@hklaw.com

Eric Delinsky     edelinsky@zuckerman.com, lgehlbach@zuckerman.com, lneff@zuckerman.com

Elise Attridge     eattridge@morganlewis.com

Laura Kolesar Gura     lgura@jonesday.com

Kaspar J. Stoffelmayr     kaspar.stoffelmayr@bartlitbeck.com, anne.doyle@bartlit-beck.com, rob.aguirre@bartlit-beck.com

William Edward Padgett     william.padgett@btlaw.com, mhasecuster@btlaw.com

Benjamin H. Albert     balbert@jha.com

Jacob W. Stahl    jwstahl@debevoise.com

Harold W. Williford    hwwilliford@debevoise.com

Lindsay C. Cornacchia    lccornacchia@debevoise.com

Susan Reagan Gittes    srgittes@debevoise.com

Amy Beth Marion    amarion@abramslaw.com

Lisa L. Lilly    llilly@francisandlillylaw.com

**NYE/2:19-cv-04976 Notice will not be electronically mailed to:**

**PR/3:19-cv-01815 Notice has been electronically mailed to:**

Sheila L. Birnbaum    sheila.birnbaum@dechert.com, Suchan.Kim@dechert.com,
hayden.coleman@dechert.com, jonathan.tam@dechert.com, lindsay.zanello@dechert.com,
sam.rosen@dechert.com, sara.roitman@dechert.com

Brien T. O'Connor    Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Mark H. Lynch    mlynch@cov.com

Jonathan L. Stern    Jonathan.Stern@arnoldporter.com, Angela.Vicari@arnoldporter.com,
John.Hunt@arnoldporter.com, alan.rothman@arnoldporter.com, eliseo.puig@arnoldporter.com,
sean.mccormick@arnoldporter.com

Dean T Barnhard    dean.barnhard@btlaw.com, karen.philogene@btlaw.com

Randi A. Kassan    rkassan@thesandersfirm.com, Rkassan@thesandersfirm.com,
rkassan@ssbwlaw.com

Daniel Jarcho    daniel.jarcho@alston.com

Steven A. Reed    steven.reed@morganlewis.com, evan.jacobs@morganlewis.com,
melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com,
rebecca.zieben@morganlewis.com

Maura K Monaghan    mkmonagh@debevoise.com, mao-ecf@debevoise.com

GREGORY N. HEINEN    gheinen@foley.com

Steven F Napolitano    snapolitano@skarzynski.com, trolo@skarzynski.com

Shannon McGovern     smcgovern@stblaw.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Christopher J. Stanley     cstanley@jha.com

Charles Coleman Lifland     clifland@omm.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com

Andrew J. O'Connor     andrew.o'connor@ropesgray.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com

J. Matthew Donohue     matt.donohue@hklaw.com, JMDListServe@hklaw.com

Joseph L. Franco     Joe.Franco@hklaw.com

Douglas Harry Sanders     dsanders@thesandersfirm.com, dsanders@sanderslawpllc.com

Jennifer D. Armstrong     jarmstrong@mcdonaldhopkins.com

**PR/3:19-cv-01815 Notice will not be electronically mailed to:**

**PR/3:19-cv-01816 Notice has been electronically mailed to:**

Sheila L. Birnbaum     sheila.birnbaum@dechert.com, Suchan.Kim@dechert.com,
hayden.coleman@dechert.com, jonathan.tam@dechert.com, lindsay.zanello@dechert.com,
sam.rosen@dechert.com, sara.roitman@dechert.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Mark H. Lynch     mlynch@cov.com

Jonathan L. Stern     Jonathan.Stern@arnoldporter.com, Angela.Vicari@arnoldporter.com,
John.Hunt@arnoldporter.com, alan.rothman@arnoldporter.com, eliseo.puig@arnoldporter.com,
sean.mccormick@arnoldporter.com

Dean T Barnhard     dean.barnhard@btlaw.com, karen.philogene@btlaw.com

Randi A. Kassan     rkassan@thesandersfirm.com, Rkassan@thesandersfirm.com,
rkassan@ssbwlaw.com

Daniel Jarcho     daniel.jarcho@alston.com

Steven A. Reed     steven.reed@morganlewis.com, evan.jacobs@morganlewis.com,

melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Maura K Monaghan      mkmonagh@debevoise.com, mao-ecf@debevoise.com

GREGORY N. HEINEN      gheinen@foley.com

Steven F Napolitano      snapolitano@skarzynski.com, trolo@skarzynski.com

Shannon McGovern      smcgovern@stblaw.com

Enu Mainigi      emainigi@wc.com, cbrown-taylor@wc.com

Christopher J. Stanley      cstanley@jha.com

Charles Coleman Lifland      clifland@omm.com

Donna Marie Welch      dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com

Andrew J. O'Connor      andrew.o'connor@ropesgray.com

Robert Arthur Nicholas      rnicholas@reedsmith.com, aemch@jacksonkelly.com

J. Matthew Donohue      matt.donohue@hklaw.com, JMDListServe@hklaw.com

Joseph L. Franco      Joe.Franco@hklaw.com

Douglas Harry Sanders      dsanders@thesandersfirm.com, dsanders@sanderslawpllc.com

Jennifer D. Armstrong      jarmstrong@mcdonaldhopkins.com

**PR/3:19-cv-01816 Notice will not be electronically mailed to:**

**NYE/2:19-cv-04972 Notice has been electronically mailed to:**

Sheila L. Birnbaum      sheila.birnbaum@dechert.com, Suchan.Kim@dechert.com, hayden.coleman@dechert.com, jonathan.tam@dechert.com, lindsay.zanello@dechert.com, sam.rosen@dechert.com, sara.roitman@dechert.com

Brien T. O'Connor      Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Mark H. Lynch      mlynch@cov.com

Jonathan L. Stern      Jonathan.Stern@arnoldporter.com, Angela.Vicari@arnoldporter.com, John.Hunt@arnoldporter.com, alan.rothman@arnoldporter.com, eliseo.puig@arnoldporter.com, sean.mccormick@arnoldporter.com

Dean T Barnhard     dean.barnhard@btlaw.com, karen.philogene@btlaw.com

Randi A. Kassan     rkassan@thesandersfirm.com, Rkassan@thesandersfirm.com,
rkassan@ssbwlaw.com

Ronda L. Harvey     rharvey@bowlesrice.com, deasterling@bowlesrice.com

Daniel Jarcho     daniel.jarcho@alston.com

Steven A. Reed     steven.reed@morganlewis.com, evan.jacobs@morganlewis.com,
melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com,
rebecca.zieben@morganlewis.com

Maura K Monaghan     mkmonagh@debevoise.com, mao-ecf@debevoise.com

GREGORY N. HEINEN     gheinen@foley.com

Steven F Napolitano     snapolitano@skarzynski.com, trolo@skarzynski.com

Shannon McGovern     smcgovern@stblaw.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Christopher J. Stanley     cstanley@jha.com

Charles Coleman Lifland     clifland@omm.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com

Andrew J. O'Connor     andrew.o'connor@ropesgray.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com

J. Matthew Donohue     matt.donohue@hklaw.com, JMDListServe@hklaw.com

Joseph L. Franco     Joe.Franco@hklaw.com

Alexandra W. Miller     smiller@zuckerman.com

Tara A. Fumerton     tfumerton@jonesday.com

Jennifer D. Armstrong     jarmstrong@mcdonaldhopkins.com

Amy Beth Marion     amarion@abramslaw.com

**NYE/2:19-cv-04972 Notice will not be electronically mailed to:**

**NYE/1:19-cv-04964 Notice has been electronically mailed to:**

Sheila L. Birnbaum      sheila.birnbaum@dechert.com, Suchan.Kim@dechert.com, hayden.coleman@dechert.com, jonathan.tam@dechert.com, lindsay.zanello@dechert.com, sam.rosen@dechert.com, sara.roitman@dechert.com

Brien T. O'Connor      Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Mark H. Lynch      mlynch@cov.com

Jonathan L. Stern      Jonathan.Stern@arnoldporter.com, Angela.Vicari@arnoldporter.com, John.Hunt@arnoldporter.com, alan.rothman@arnoldporter.com, eliseo.puig@arnoldporter.com, sean.mccormick@arnoldporter.com

Dean T Barnhard      dean.barnhard@btlaw.com, karen.philogene@btlaw.com

Randi A. Kassan      rkassan@thesandersfirm.com, Rkassan@thesandersfirm.com, rkassan@ssbwlaw.com

Ronda L. Harvey      rharvey@bowlesrice.com, deasterling@bowlesrice.com

Daniel Jarcho      daniel.jarcho@alston.com

Steven A. Reed      steven.reed@morganlewis.com, evan.jacobs@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Maura K Monaghan      mkmonagh@debevoise.com, mao-ecf@debevoise.com

GREGORY N. HEINEN      gheinen@foley.com

Steven F Napolitano      snapolitano@skarzynski.com, trolo@skarzynski.com

Shannon McGovern      smcgovern@stblaw.com

Enu Mainigi      emainigi@wc.com, cbrown-taylor@wc.com

Christopher J. Stanley      cstanley@jha.com

Charles Coleman Lifland      clifland@omm.com

Donna Marie Welch      dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com

Andrew J. O'Connor      andrew.o'connor@ropesgray.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com

J. Matthew Donohue     matt.donohue@hklaw.com, JMDListServe@hklaw.com

Joseph L. Franco     Joe.Franco@hklaw.com

Alexandra W. Miller     smiller@zuckerman.com

Tara A. Fumerton     tfumerton@jonesday.com

Jennifer D. Armstrong     jarmstrong@mcdonaldhopkins.com

**NYE/1:19-cv-04964 Notice will not be electronically mailed to:**

**PR/3:19-cv-01819 Notice has been electronically mailed to:**

Sheila L. Birnbaum     sheila.birnbaum@dechert.com, Suchan.Kim@dechert.com,
hayden.coleman@dechert.com, jonathan.tam@dechert.com, lindsay.zanello@dechert.com,
sam.rosen@dechert.com, sara.roitman@dechert.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Mark H. Lynch     mlynch@cov.com

Jonathan L. Stern     Jonathan.Stern@arnoldporter.com, Angela.Vicari@arnoldporter.com,
John.Hunt@arnoldporter.com, alan.rothman@arnoldporter.com, eliseo.puig@arnoldporter.com,
sean.mccormick@arnoldporter.com

Dean T Barnhard     dean.barnhard@btlaw.com, karen.philogene@btlaw.com

Randi A. Kassan     rkassan@thesandersfirm.com, Rkassan@thesandersfirm.com,
rkassan@ssbwlaw.com

Daniel Jarcho     daniel.jarcho@alston.com

Steven A. Reed     steven.reed@morganlewis.com, evan.jacobs@morganlewis.com,
melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com,
rebecca.zieben@morganlewis.com

Maura K Monaghan     mkmonagh@debevoise.com, mao-ecf@debevoise.com

GREGORY N. HEINEN     gheinen@foley.com

Steven F Napolitano     snapolitano@skarzynski.com, trolo@skarzynski.com

Shannon McGovern     smcgovern@stblaw.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Christopher J. Stanley     cstanley@jha.com

Charles Coleman Lifland     clifland@omm.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com

Andrew J. O'Connor     andrew.o'connor@ropesgray.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com

J. Matthew Donohue     matt.donohue@hklaw.com, JMDListServe@hklaw.com

Joseph L. Franco     Joe.Franco@hklaw.com

Douglas Harry Sanders     dsanders@thesandersfirm.com, dsanders@sanderslawpllc.com

Jennifer D. Armstrong     jarmstrong@mcdonaldhopkins.com

**PR/3:19-cv-01819 Notice will not be electronically mailed to:**

**NYE/1:19-cv-04949 Notice has been electronically mailed to:**

Sheila L. Birnbaum     sheila.birnbaum@dechert.com, Suchan.Kim@dechert.com,
hayden.coleman@dechert.com, jonathan.tam@dechert.com, lindsay.zanello@dechert.com,
sam.rosen@dechert.com, sara.roitman@dechert.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Mark H. Lynch     mlynch@cov.com

Jonathan L. Stern     Jonathan.Stern@arnoldporter.com, Angela.Vicari@arnoldporter.com,
John.Hunt@arnoldporter.com, alan.rothman@arnoldporter.com, eliseo.puig@arnoldporter.com,
sean.mccormick@arnoldporter.com

Dean T Barnhard     dean.barnhard@btlaw.com, karen.philogene@btlaw.com

Randi A. Kassan     rkassan@thesandersfirm.com, Rkassan@thesandersfirm.com,
rkassan@ssbwlaw.com

Ronda L. Harvey     rharvey@bowlesrice.com, deasterling@bowlesrice.com

Daniel Jarcho     daniel.jarcho@alston.com

Steven A. Reed     steven.reed@morganlewis.com, evan.jacobs@morganlewis.com,
melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com,
rebecca.zieben@morganlewis.com

Maura K Monaghan     mkmonagh@debevoise.com, mao-ecf@debevoise.com

GREGORY N. HEINEN     gheinen@foley.com

Steven F Napolitano     snapolitano@skarzynski.com, trolo@skarzynski.com

Shannon McGovern     smcgovern@stblaw.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Christopher J. Stanley     cstanley@jha.com

Charles Coleman Lifland     clifland@omm.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com

Andrew J. O'Connor     andrew.o'connor@ropesgray.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com

J. Matthew Donohue     matt.donohue@hklaw.com, JMDListServe@hklaw.com

Joseph L. Franco     Joe.Franco@hklaw.com

Alexandra W. Miller     smiller@zuckerman.com

Tara A. Fumerton     tfumerton@jonesday.com

Jennifer D. Armstrong     jarmstrong@mcdonaldhopkins.com

**NYE/1:19-cv-04949 Notice will not be electronically mailed to:**

**PAE/2:19-cv-03899 Notice has been electronically mailed to:**

Sheila L. Birnbaum     sheila.birnbaum@dechert.com, Suchan.Kim@dechert.com,
hayden.coleman@dechert.com, jonathan.tam@dechert.com, lindsay.zanello@dechert.com,
sam.rosen@dechert.com, sara.roitman@dechert.com

Mark Steven Cheffo     mark.cheffo@dechert.com, Maka.Oganesian@dechert.com,
Mara.cuskergonzalez@dechert.com, Rachel.Passaretti-Wu@dechert.com,
Suchan.Kim@dechert.com, maracusker.gonzalez@dechert.com, mark-cheffo-

0500@ecf.pacerpro.com, sam.rosen@dechert.com

Joseph M McLaughlin     jmclaughlin@stblaw.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Mark H. Lynch     mlynch@cov.com

Jonathan L. Stern     Jonathan.Stern@arnoldporter.com, Angela.Vicari@arnoldporter.com,
John.Hunt@arnoldporter.com, alan.rothman@arnoldporter.com, eliseo.puig@arnoldporter.com,
sean.mccormick@arnoldporter.com

Randi A. Kassan     rkassan@thesandersfirm.com, Rkassan@thesandersfirm.com,
rkassan@ssbwlaw.com

John A. McCauley     jmccauley@venable.com, JKO'Connor@Venable.com,
bbowman@venable.com, dcbitzelberger@venable.com

Daniel Jarcho     daniel.jarcho@alston.com

Mitchell G Blair     mblair@calfee.com

Steven A. Reed     steven.reed@morganlewis.com, evan.jacobs@morganlewis.com,
melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com,
rebecca.zieben@morganlewis.com

Maura K Monaghan     mkmonagh@debevoise.com, mao-ecf@debevoise.com

Robert J. Iacopino     riacopino@ljdfa.com

Steven F Napolitano     snapolitano@skarzynski.com, trolo@skarzynski.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Charles Coleman Lifland     clifland@omm.com

Oral Judson Scheaf, III     JScheaf@hahnlaw.com, jbeard@hahnlaw.com

Tyler G. Tarney     ttarney@grsm.com, rrose@grsm.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com

Andrew J. O'Connor     andrew.o'connor@ropesgray.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com

Nicholas A. Sarokhanian     nicholas.sarokhanian@hklaw.com

Eric Delinsky     edelinsky@zuckerman.com, lgehlbach@zuckerman.com,
lneff@zuckerman.com

Kaspar J. Stoffelmayr     kaspar.stoffelmayr@bartlitbeck.com, anne.doyle@bartlit-beck.com,
rob.aguirre@bartlit-beck.com

Meredith Dawn Stewart     mstewart@clausen.com, bdorsey@clausen.com,
ifeldman@clausen.com

Kurt Michael Mullen     kmullen@nixonpeabody.com, bos.managing.clerk@nixonpeabody.com,
skostka@nixonpeabody.com

Benjamin H. Albert     balbert@jha.com

Jacob W. Stahl     jwstahl@debevoise.com

Harold W. Williford     hwwilliford@debevoise.com

Lindsay C. Cornacchia     lccornacchia@debevoise.com

Susan Reagan Gittes     srgittes@debevoise.com

**PAE/2:19-cv-03899 Notice will not be electronically mailed to:**

**PR/3:19-cv-01821 Notice has been electronically mailed to:**

Sheila L. Birnbaum     sheila.birnbaum@dechert.com, Suchan.Kim@dechert.com,
hayden.coleman@dechert.com, jonathan.tam@dechert.com, lindsay.zanello@dechert.com,
sam.rosen@dechert.com, sara.roitman@dechert.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Mark H. Lynch     mlynch@cov.com

Jonathan L. Stern     Jonathan.Stern@arnoldporter.com, Angela.Vicari@arnoldporter.com,
John.Hunt@arnoldporter.com, alan.rothman@arnoldporter.com, eliseo.puig@arnoldporter.com,
sean.mccormick@arnoldporter.com

Dean T Barnhard     dean.barnhard@btlaw.com, karen.philogene@btlaw.com

Randi A. Kassan     rkassan@thesandersfirm.com, Rkassan@thesandersfirm.com,
rkassan@ssbwlaw.com

Daniel Jarcho     daniel.jarcho@alston.com

Steven A. Reed     steven.reed@morganlewis.com, evan.jacobs@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Maura K Monaghan     mkmonagh@debevoise.com, mao-ecf@debevoise.com

GREGORY N. HEINEN     gheinen@foley.com

Steven F Napolitano     snapolitano@skarzynski.com, trolo@skarzynski.com

Shannon McGovern     smcgovern@stblaw.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Christopher J. Stanley     cstanley@jha.com

Charles Coleman Lifland     clifland@omm.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com

Andrew J. O'Connor     andrew.o'connor@ropesgray.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com

J. Matthew Donohue     matt.donohue@hklaw.com, JMDListServe@hklaw.com

Joseph L. Franco     Joe.Franco@hklaw.com

Douglas Harry Sanders     dsanders@thesandersfirm.com, dsanders@sanderslawpllc.com

Jennifer D. Armstrong     jarmstrong@mcdonaldhopkins.com

**PR/3:19-cv-01821 Notice will not be electronically mailed to:**

**PAE/5:19-cv-03884 Notice has been electronically mailed to:**

Sheila L. Birnbaum     sheila.birnbaum@dechert.com, Suchan.Kim@dechert.com, hayden.coleman@dechert.com, jonathan.tam@dechert.com, lindsay.zanello@dechert.com, sam.rosen@dechert.com, sara.roitman@dechert.com

Mark Steven Cheffo     mark.cheffo@dechert.com, Maka.Oganesian@dechert.com, Mara.cuskergonzalez@dechert.com, Rachel.Passaretti-Wu@dechert.com, Suchan.Kim@dechert.com, maracusker.gonzalez@dechert.com, mark-cheffo-0500@ecf.pacerpro.com, sam.rosen@dechert.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Eric W. Sitarchuk     esitarchuk@morganlewis.com

Jonathan L. Stern     Jonathan.Stern@arnoldporter.com, Angela.Vicari@arnoldporter.com,
John.Hunt@arnoldporter.com, alan.rothman@arnoldporter.com, eliseo.puig@arnoldporter.com,
sean.mccormick@arnoldporter.com

Rebecca J. Hillyer     rebecca.hillyer@morganlewis.com

Shannon E. McClure     smcclure@reedsmith.com

Brian M. Ercole     brian.ercole@morganlewis.com

Steven A. Reed     steven.reed@morganlewis.com, evan.jacobs@morganlewis.com,
melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com,
rebecca.zieben@morganlewis.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com

Carole Schwartz Rendon     crendon@bakerlaw.com

Andrew J. O'Connor     andrew.o'connor@ropesgray.com

Hayden A. Coleman     hayden.coleman@dechert.com

Sean Morris     sean.morris@arnoldporter.com

Joseph Khan     jkhan@langergrogan.com, courtnotices@langergrogan.com

Geoffrey Hobart     ghobart@cov.com

John J. Grogan     jgrogan@langergrogan.com

**PAE/5:19-cv-03884 Notice will not be electronically mailed to:**

**NYE/1:19-cv-04961 Notice has been electronically mailed to:**

Sheila L. Birnbaum     sheila.birnbaum@dechert.com, Suchan.Kim@dechert.com,
hayden.coleman@dechert.com, jonathan.tam@dechert.com, lindsay.zanello@dechert.com,
sam.rosen@dechert.com, sara.roitman@dechert.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Mark H. Lynch     mlynch@cov.com

Jonathan L. Stern     Jonathan.Stern@arnoldporter.com, Angela.Vicari@arnoldporter.com, John.Hunt@arnoldporter.com, alan.rothman@arnoldporter.com, eliseo.puig@arnoldporter.com, sean.mccormick@arnoldporter.com

Dean T Barnhard     dean.barnhard@btlaw.com, karen.philogene@btlaw.com

Randi A. Kassan     rkassan@thesandersfirm.com, Rkassan@thesandersfirm.com, rkassan@ssbwlaw.com

Ronda L. Harvey     rharvey@bowlesrice.com, deasterling@bowlesrice.com

Daniel Jarcho     daniel.jarcho@alston.com

Steven A. Reed     steven.reed@morganlewis.com, evan.jacobs@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Maura K Monaghan     mkmonagh@debevoise.com, mao-ecf@debevoise.com

GREGORY N. HEINEN     gheinen@foley.com

Steven F Napolitano     snapolitano@skarzynski.com, trolo@skarzynski.com

Shannon McGovern     smcgovern@stblaw.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Christopher J. Stanley     cstanley@jha.com

Charles Coleman Lifland     clifland@omm.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com

Andrew J. O'Connor     andrew.o'connor@ropesgray.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com

J. Matthew Donohue     matt.donohue@hklaw.com, JMDListServe@hklaw.com

Joseph L. Franco     Joe.Franco@hklaw.com

Alexandra W. Miller     smiller@zuckerman.com

Tara A. Fumerton     tfumerton@jonesday.com

Jennifer D. Armstrong    jarmstrong@mcdonaldhopkins.com

**NYE/1:19-cv-04961 Notice will not be electronically mailed to:**

**PR/3:19-cv-01814 Notice has been electronically mailed to:**

Sheila L. Birnbaum     sheila.birnbaum@dechert.com, Suchan.Kim@dechert.com, hayden.coleman@dechert.com, jonathan.tam@dechert.com, lindsay.zanello@dechert.com, sam.rosen@dechert.com, sara.roitman@dechert.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Mark H. Lynch     mlynch@cov.com

Jonathan L. Stern     Jonathan.Stern@arnoldporter.com, Angela.Vicari@arnoldporter.com, John.Hunt@arnoldporter.com, alan.rothman@arnoldporter.com, eliseo.puig@arnoldporter.com, sean.mccormick@arnoldporter.com

Dean T Barnhard     dean.barnhard@btlaw.com, karen.philogene@btlaw.com

Randi A. Kassan     rkassan@thesandersfirm.com, Rkassan@thesandersfirm.com, rkassan@ssbwlaw.com

Daniel Jarcho     daniel.jarcho@alston.com

Steven A. Reed     steven.reed@morganlewis.com, evan.jacobs@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Maura K Monaghan     mkmonagh@debevoise.com, mao-ecf@debevoise.com

GREGORY N. HEINEN     gheinen@foley.com

Steven F Napolitano     snapolitano@skarzynski.com, trolo@skarzynski.com

Shannon McGovern     smcgovern@stblaw.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Christopher J. Stanley     cstanley@jha.com

Charles Coleman Lifland     clifland@omm.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com

Andrew J. O'Connor     andrew.o'connor@ropesgray.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com

J. Matthew Donohue     matt.donohue@hklaw.com, JMDListServe@hklaw.com

Joseph L. Franco     Joe.Franco@hklaw.com

Douglas Harry Sanders     dsanders@thesandersfirm.com, dsanders@sanderslawpllc.com

Jennifer D. Armstrong     jarmstrong@mcdonaldhopkins.com

**PR/3:19-cv-01814 Notice will not be electronically mailed to:**

**PR/3:19-cv-01824 Notice has been electronically mailed to:**

Sheila L. Birnbaum     sheila.birnbaum@dechert.com, Suchan.Kim@dechert.com,
hayden.coleman@dechert.com, jonathan.tam@dechert.com, lindsay.zanello@dechert.com,
sam.rosen@dechert.com, sara.roitman@dechert.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Mark H. Lynch     mlynch@cov.com

Jonathan L. Stern     Jonathan.Stern@arnoldporter.com, Angela.Vicari@arnoldporter.com,
John.Hunt@arnoldporter.com, alan.rothman@arnoldporter.com, eliseo.puig@arnoldporter.com,
sean.mccormick@arnoldporter.com

Dean T Barnhard     dean.barnhard@btlaw.com, karen.philogene@btlaw.com

Randi A. Kassan     rkassan@thesandersfirm.com, Rkassan@thesandersfirm.com,
rkassan@ssbwlaw.com

Daniel Jarcho     daniel.jarcho@alston.com

Steven A. Reed     steven.reed@morganlewis.com, evan.jacobs@morganlewis.com,
melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com,
rebecca.zieben@morganlewis.com

Maura K Monaghan     mkmonagh@debevoise.com, mao-ecf@debevoise.com

GREGORY N. HEINEN     gheinen@foley.com

Steven F Napolitano     snapolitano@skarzynski.com, trolo@skarzynski.com

Shannon McGovern     smcgovern@stblaw.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Christopher J. Stanley     cstanley@jha.com

Charles Coleman Lifland     clifland@omm.com

Donna Marie Welch     dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com

Andrew J. O'Connor     andrew.o'connor@ropesgray.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com

J. Matthew Donohue     matt.donohue@hklaw.com, JMDListServe@hklaw.com

Joseph L. Franco     Joe.Franco@hklaw.com

Douglas Harry Sanders     dsanders@thesandersfirm.com, dsanders@sanderslawpllc.com

Jennifer D. Armstrong     jarmstrong@mcdonaldhopkins.com

**PR/3:19-cv-01824 Notice will not be electronically mailed to:**

**PR/3:19-cv-01818 Notice has been electronically mailed to:**

Sheila L. Birnbaum     sheila.birnbaum@dechert.com, Suchan.Kim@dechert.com,
hayden.coleman@dechert.com, jonathan.tam@dechert.com, lindsay.zanello@dechert.com,
sam.rosen@dechert.com, sara.roitman@dechert.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Mark H. Lynch     mlynch@cov.com

Jonathan L. Stern     Jonathan.Stern@arnoldporter.com, Angela.Vicari@arnoldporter.com,
John.Hunt@arnoldporter.com, alan.rothman@arnoldporter.com, eliseo.puig@arnoldporter.com,
sean.mccormick@arnoldporter.com

Dean T Barnhard     dean.barnhard@btlaw.com, karen.philogene@btlaw.com

Randi A. Kassan     rkassan@thesandersfirm.com, Rkassan@thesandersfirm.com,
rkassan@ssbwlaw.com

Daniel Jarcho     daniel.jarcho@alston.com

Steven A. Reed     steven.reed@morganlewis.com, evan.jacobs@morganlewis.com,
melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com,

rebecca.zieben@morganlewis.com

Maura K Monaghan    mkmonagh@debevoise.com, mao-ecf@debevoise.com

GREGORY N. HEINEN    gheinen@foley.com

Steven F Napolitano    snapolitano@skarzynski.com, trolo@skarzynski.com

Shannon McGovern    smcgovern@stblaw.com

Enu Mainigi    emainigi@wc.com, cbrown-taylor@wc.com

Christopher J. Stanley    cstanley@jha.com

Charles Coleman Lifland    clifland@omm.com

Donna Marie Welch    dwelch@kirkland.com, Allergan_CH_Paralegals@kirkland.com

Andrew J. O'Connor    andrew.o'connor@ropesgray.com

Robert Arthur Nicholas    rnicholas@reedsmith.com, aemch@jacksonkelly.com

J. Matthew Donohue    matt.donohue@hklaw.com, JMDListServe@hklaw.com

Joseph L. Franco    Joe.Franco@hklaw.com

Douglas Harry Sanders    dsanders@thesandersfirm.com, dsanders@sanderslawpllc.com

Jennifer D. Armstrong    jarmstrong@mcdonaldhopkins.com

**PR/3:19-cv-01818 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=9/19/2019] [FileNumber=940518-0]
[73c1b32e613eeb469545a85e5a471fd924bcd1657ec1168fa6c3a914941d31ed3dc5 7
2125f8eba3abb532d5658068421abaeeb02231201cb301fa0051988440f]]

----- Forwarded by Gizelle M Rivera/PRD/01/USCOURTS on 09/19/2019 02:56 PM -----

From:       JPMLCMECF@jpml.uscourts.gov
To:         JPMLCMDECF@jpml.uscourts.gov
Date:       09/19/2019 08:45 AM
Subject:    Activity in Case MDL No. 2804 IN RE: National Prescription Opiate Litigation CTO Final Minute
            Order (Clerks)

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.

## United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 9/19/2019 at 8:44 AM EDT and filed on 9/19/2019

| | |
|---|---|
| **Case Name:** | IN RE: National Prescription Opiate Litigation |
| **Case Number:** | MDL No. 2804 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-111) Finalized on 9/19/19. Please see pleading ([5661] in MDL No. 2804, 3 in NYE/1:19-cv-04949, 3 in NYE/1:19-cv-04952, 3 in NYE/1:19-cv-04958, 3 in NYE/1:19-cv-04961, 3 in NYE/1:19-cv-04964, 3 in NYE/2:19-cv-04972, 3 in NYE/2:19-cv-04976, 4 in OKN/4:19-cv-00485, 3 in PAE/2:19-cv-03899, 4 in PAE/5:19-cv-03884, 3 in PR/3:19-cv-01814, 3 in PR/3:19-cv-01815, 3 in PR/3:19-cv-01816, 3 in PR/3:19-cv-01818, 3 in PR/3:19-cv-01819, 3 in PR/3:19-cv-01821, 3 in PR/3:19-cv-01824).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

| | |
|---|---|
| **Case Name:** | Osage Nation, The v. Purdue Pharma L.P. et al |
| **Case Number:** | OKN/4:19-cv-00485 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-111) Finalized on 9/19/19. Please see pleading ( [5661] in MDL No. 2804, 3 in NYE/1:19-cv-04949, 3 in NYE/1:19-cv-04952, 3 in NYE/1:19-cv-04958, 3 in NYE/1:19-cv-04961, 3 in NYE/1:19-cv-04964, 3 in NYE/2:19-cv-04972, 3 in NYE/2:19-cv-04976, 4 in OKN/4:19-cv-00485, 3 in PAE/2:19-cv-03899, 4 in PAE/5:19-cv-03884, 3 in PR/3:19-cv-01814, 3 in PR/3:19-cv-01815, 3 in PR/3:19-cv-01816, 3 in PR/3:19-cv-01818, 3 in PR/3:19-cv-01819, 3 in PR/3:19-cv-01821, 3 in PR/3:19-cv-01824).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

**Case Name:**     Drywall Tapers Insurance Fund v. Purdue Pharma L.P. et al

**Case Number:**   NYE/1:19-cv-04952

**Filer:**

**Document Number:**   No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-111) Finalized on 9/19/19. Please see pleading ( [5661] in MDL No. 2804, 3 in NYE/1:19-cv-04949, 3 in NYE/1:19-cv-04952, 3 in NYE/1:19-cv-04958, 3 in NYE/1:19-cv-04961, 3 in NYE/1:19-cv-04964, 3 in NYE/2:19-cv-04972, 3 in NYE/2:19-cv-04976, 4 in OKN/4:19-cv-00485, 3 in PAE/2:19-cv-03899, 4 in PAE/5:19-cv-03884, 3 in PR/3:19-cv-01814, 3 in PR/3:19-cv-01815, 3 in PR/3:19-cv-01816, 3 in PR/3:19-cv-01818, 3 in PR/3:19-cv-01819, 3 in PR/3:19-cv-01821, 3 in PR/3:19-cv-01824).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

| | |
|---|---|
| **Case Name:** | NOITU Insurance Trust Fund v. Purdue Pharma L.P. et al |
| **Case Number:** | NYE/1:19-cv-04958 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-111) Finalized on 9/19/19. Please see pleading ( [5661] in MDL No. 2804, 3 in NYE/1:19-cv-04949, 3 in NYE/1:19-cv-04952, 3 in NYE/1:19-cv-04958, 3 in NYE/1:19-cv-04961, 3 in NYE/1:19-cv-04964, 3 in NYE/2:19-cv-04972, 3 in NYE/2:19-cv-04976, 4 in OKN/4:19-cv-00485, 3 in PAE/2:19-cv-03899, 4 in PAE/5:19-cv-03884, 3 in PR/3:19-cv-01814, 3 in PR/3:19-cv-01815, 3 in PR/3:19-cv-01816, 3 in PR/3:19-cv-01818, 3 in PR/3:19-cv-01819, 3 in PR/3:19-cv-01821, 3 in PR/3:19-cv-01824).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

**Case Name:**    Laborers Local 1298 of Nassau & Suffolk Counties Welfare Fund v. Purdue Pharma L.P. et al

**Case Number:**    NYE/2:19-cv-04976

**Filer:**

**Document Number:**    No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-111) Finalized on 9/19/19. Please see pleading ( [5661] in MDL No. 2804, 3 in NYE/1:19-cv-04949, 3 in NYE/1:19-cv-04952, 3 in NYE/1:19-cv-04958, 3 in NYE/1:19-cv-04961, 3 in NYE/1:19-cv-04964, 3 in NYE/2:19-cv-04972, 3 in NYE/2:19-cv-04976, 4 in OKN/4:19-cv-00485, 3 in PAE/2:19-cv-03899, 4 in PAE/5:19-cv-03884, 3 in PR/3:19-cv-01814, 3 in PR/3:19-cv-01815, 3 in PR/3:19-cv-01816, 3 in PR/3:19-cv-01818, 3 in PR/3:19-cv-01819, 3 in PR/3:19-cv-01821, 3 in PR/3:19-cv-01824).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

**Case Name:**     Municipality of Bayamon, Puerto Rico v. Purdue Pharma L.P. et al

**Case Number:**   PR/3:19-cv-01815

**Filer:**

**Document Number:**   No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-111) Finalized on 9/19/19. Please see pleading ( [5661] in MDL No. 2804, 3 in NYE/1:19-cv-04949, 3 in NYE/1:19-cv-04952, 3 in NYE/1:19-cv-04958, 3 in NYE/1:19-cv-04961, 3 in NYE/1:19-cv-04964, 3 in NYE/2:19-cv-04972, 3 in NYE/2:19-cv-04976, 4 in OKN/4:19-cv-00485, 3 in PAE/2:19-cv-03899, 4 in PAE/5:19-cv-03884, 3 in PR/3:19-cv-01814, 3 in PR/3:19-cv-01815, 3 in PR/3:19-cv-01816, 3 in PR/3:19-cv-01818, 3 in PR/3:19-cv-01819, 3 in PR/3:19-cv-01821, 3 in PR/3:19-cv-01824).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

**Case Name:**     Municipality of Arroyo, Puerto Rico v. Purdue Pharma L.P. et al

**Case Number:**   PR/3:19-cv-01816

**Filer:**

**Document Number:**   No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-111) Finalized on 9/19/19. Please see pleading ( [5661] in MDL No. 2804, 3 in NYE/1:19-cv-04949, 3 in NYE/1:19-cv-04952, 3 in NYE/1:19-cv-04958, 3 in NYE/1:19-cv-04961, 3 in NYE/1:19-cv-04964, 3 in NYE/2:19-cv-04972, 3 in NYE/2:19-cv-04976, 4 in OKN/4:19-cv-00485, 3 in PAE/2:19-cv-03899, 4 in PAE/5:19-cv-03884, 3 in PR/3:19-cv-01814, 3 in PR/3:19-cv-01815, 3 in PR/3:19-cv-01816, 3 in PR/3:19-cv-01818, 3 in PR/3:19-cv-01819, 3 in PR/3:19-cv-01821, 3 in PR/3:19-cv-01824).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

| | |
|---|---|
| **Case Name:** | Nassau University Medical Center v. Purdue Pharma L.P. et al |
| **Case Number:** | NYE/2:19-cv-04972 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-111) Finalized on 9/19/19. Please see pleading ( [5661] in MDL No. 2804, 3 in NYE/1:19-cv-04949, 3 in NYE/1:19-cv-04952, 3 in NYE/1:19-cv-04958, 3 in NYE/1:19-cv-04961, 3 in NYE/1:19-cv-04964, 3 in NYE/2:19-cv-04972, 3 in NYE/2:19-cv-04976, 4 in OKN/4:19-cv-00485, 3 in PAE/2:19-cv-03899, 4 in PAE/5:19-cv-03884, 3 in PR/3:19-cv-01814, 3 in PR/3:19-cv-01815, 3 in PR/3:19-cv-01816, 3 in PR/3:19-cv-01818, 3 in PR/3:19-cv-01819, 3 in PR/3:19-cv-01821, 3 in PR/3:19-cv-01824).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

**Case Name:**      Local 22 Health Benefit Fund v. Purdue Pharma L.P. et al

**Case Number:**    NYE/1:19-cv-04964

**Filer:**

**Document Number:**    No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-111) Finalized on 9/19/19. Please see pleading ( [5661] in MDL No. 2804, 3 in NYE/1:19-cv-04949, 3 in NYE/1:19-cv-04952, 3 in NYE/1:19-cv-04958, 3 in NYE/1:19-cv-04961, 3 in NYE/1:19-cv-04964, 3 in NYE/2:19-cv-04972, 3 in NYE/2:19-cv-04976, 4 in OKN/4:19-cv-00485, 3 in PAE/2:19-cv-03899, 4 in PAE/5:19-cv-03884, 3 in PR/3:19-cv-01814, 3 in PR/3:19-cv-01815, 3 in PR/3:19-cv-01816, 3 in PR/3:19-cv-01818, 3 in PR/3:19-cv-01819, 3 in PR/3:19-cv-01821, 3 in PR/3:19-cv-01824).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

**Case Name:** Municipality of Coamo, Puerto Rico v. Purdue Pharma L.P. et al

**Case Number:** PR/3:19-cv-01819

**Filer:**

**Document Number:** No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-111) Finalized on 9/19/19. Please see pleading ( [5661] in MDL No. 2804, 3 in NYE/1:19-cv-04949, 3 in NYE/1:19-cv-04952, 3 in NYE/1:19-cv-04958, 3 in NYE/1:19-cv-04961, 3 in NYE/1:19-cv-04964, 3 in NYE/2:19-cv-04972, 3 in NYE/2:19-cv-04976, 4 in OKN/4:19-cv-00485, 3 in PAE/2:19-cv-03899, 4 in PAE/5:19-cv-03884, 3 in PR/3:19-cv-01814, 3 in PR/3:19-cv-01815, 3 in PR/3:19-cv-01816, 3 in PR/3:19-cv-01818, 3 in PR/3:19-cv-01819, 3 in PR/3:19-cv-01821, 3 in PR/3:19-cv-01824).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

| | |
|---|---|
| **Case Name:** | Amalgamated Union Local 450-A Welfare Fund v. Purdue Pharma L.P. et al |
| **Case Number:** | NYE/1:19-cv-04949 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-111) Finalized on 9/19/19. Please see pleading ( [5661] in MDL No. 2804, 3 in NYE/1:19-cv-04949, 3 in NYE/1:19-cv-04952, 3 in NYE/1:19-cv-04958, 3 in NYE/1:19-cv-04961, 3 in NYE/1:19-cv-04964, 3 in NYE/2:19-cv-04972, 3 in NYE/2:19-cv-04976, 4 in OKN/4:19-cv-00485, 3 in PAE/2:19-cv-03899, 4 in PAE/5:19-cv-03884, 3 in PR/3:19-cv-01814, 3 in PR/3:19-cv-01815, 3 in PR/3:19-cv-01816, 3 in PR/3:19-cv-01818, 3 in PR/3:19-cv-01819, 3 in PR/3:19-cv-01821, 3 in PR/3:19-cv-01824).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

**Case Name:** I-KARE TREATMENT CENTER, LLC v. PURDUE PHARMA L.P. et al

**Case Number:** PAE/2:19-cv-03899

**Filer:**

**Document Number:** No document attached

**Docket Text:**

<span style="color:red">***TEXT ONLY ENTRY***</span>

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-111) Finalized on 9/19/19. Please see pleading ( [5661] in MDL No. 2804, 3 in NYE/1:19-cv-04949, 3 in NYE/1:19-cv-04952, 3 in NYE/1:19-cv-04958, 3 in NYE/1:19-cv-04961, 3 in NYE/1:19-cv-04964, 3 in NYE/2:19-cv-04972, 3 in NYE/2:19-cv-04976, 4 in OKN/4:19-cv-00485, 3 in PAE/2:19-cv-03899, 4 in PAE/5:19-cv-03884, 3 in PR/3:19-cv-01814, 3 in PR/3:19-cv-01815, 3 in PR/3:19-cv-01816, 3 in PR/3:19-cv-01818, 3 in PR/3:19-cv-01819, 3 in PR/3:19-cv-01821, 3 in PR/3:19-cv-01824).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 9/19/2019.

Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)

| | |
|---|---|
| **Case Name:** | Municipality of Villalba v. Purdue Pharma L.P. et al |
| **Case Number:** | PR/3:19-cv-01821 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-111) Finalized on 9/19/19. Please see pleading ( [5661] in MDL No. 2804, 3 in NYE/1:19-cv-04949, 3 in NYE/1:19-cv-04952, 3 in NYE/1:19-cv-04958, 3 in NYE/1:19-cv-04961, 3 in NYE/1:19-cv-04964, 3 in NYE/2:19-cv-04972, 3 in NYE/2:19-cv-04976, 4 in OKN/4:19-cv-00485, 3 in PAE/2:19-cv-03899, 4 in PAE/5:19-cv-03884, 3 in PR/3:19-cv-01814, 3 in PR/3:19-cv-01815, 3 in PR/3:19-cv-01816, 3 in PR/3:19-cv-01818, 3 in PR/3:19-cv-01819, 3 in PR/3:19-cv-01821, 3 in PR/3:19-cv-01824).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

| **Case Name:** | CITY OF ALLENTOWN, PENNSYLVANIA v. AMERISOURCEBERGEN DRUG CORP. et al |
| **Case Number:** | PAE/5:19-cv-03884 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-111) Finalized on 9/19/19. Please see pleading ( [5661] in MDL No. 2804, 3 in NYE/1:19-cv-04949, 3 in NYE/1:19-cv-04952, 3 in NYE/1:19-cv-04958, 3 in NYE/1:19-cv-04961, 3 in NYE/1:19-cv-04964, 3 in NYE/2:19-cv-04972, 3 in NYE/2:19-cv-04976, 4 in OKN/4:19-cv-00485, 3 in PAE/2:19-cv-03899, 4 in PAE/5:19-cv-03884, 3 in PR/3:19-cv-01814, 3 in PR/3:19-cv-01815, 3 in PR/3:19-cv-01816, 3 in PR/3:19-cv-01818, 3 in PR/3:19-cv-01819, 3 in PR/3:19-cv-01821, 3 in PR/3:19-cv-01824).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

| | |
|---|---|
| **Case Name:** | Local 8A-28A Welfare Fund v. Purdue Pharma L.P. et al |
| **Case Number:** | NYE/1:19-cv-04961 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-111) Finalized on 9/19/19. Please see pleading ( [5661] in MDL No. 2804, 3 in NYE/1:19-cv-04949, 3 in NYE/1:19-cv-04952, 3 in NYE/1:19-cv-04958, 3 in NYE/1:19-cv-04961, 3 in NYE/1:19-cv-04964, 3 in NYE/2:19-cv-04972, 3 in NYE/2:19-cv-04976, 4 in OKN/4:19-cv-00485, 3 in PAE/2:19-cv-03899, 4 in PAE/5:19-cv-03884, 3 in PR/3:19-cv-01814, 3 in PR/3:19-cv-01815, 3 in PR/3:19-cv-01816, 3 in PR/3:19-cv-01818, 3 in PR/3:19-cv-01819, 3 in PR/3:19-cv-01821, 3 in PR/3:19-cv-01824).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

| | |
|---|---|
| **Case Name:** | Municipality of Caguas v. Purdue Pharma Inc. et al |
| **Case Number:** | PR/3:19-cv-01814 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-111) Finalized on 9/19/19. Please see pleading ( [5661] in MDL No. 2804, 3 in NYE/1:19-cv-04949, 3 in NYE/1:19-cv-04952, 3 in NYE/1:19-cv-04958, 3 in NYE/1:19-cv-04961, 3 in NYE/1:19-cv-04964, 3 in NYE/2:19-cv-04972, 3 in NYE/2:19-cv-04976, 4 in OKN/4:19-cv-00485, 3 in PAE/2:19-cv-03899, 4 in PAE/5:19-cv-03884, 3 in PR/3:19-cv-01814, 3 in PR/3:19-cv-01815, 3 in PR/3:19-cv-01816, 3 in PR/3:19-cv-01818, 3 in PR/3:19-cv-01819, 3 in PR/3:19-cv-01821, 3 in PR/3:19-cv-01824).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

| | |
|---|---|
| **Case Name:** | Municipality of Catano, Puerto Rico v. Purdue Pharma L.P. et al |
| **Case Number:** | PR/3:19-cv-01824 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-111) Finalized on 9/19/19. Please see pleading ( [5661] in MDL No. 2804, 3 in NYE/1:19-cv-04949, 3 in NYE/1:19-cv-04952, 3 in NYE/1:19-cv-04958, 3 in NYE/1:19-cv-04961, 3 in NYE/1:19-cv-04964, 3 in NYE/2:19-cv-04972, 3 in NYE/2:19-cv-04976, 4 in OKN/4:19-cv-00485, 3 in PAE/2:19-cv-03899, 4 in PAE/5:19-cv-03884, 3 in PR/3:19-cv-01814, 3 in PR/3:19-cv-01815, 3 in PR/3:19-cv-01816, 3 in PR/3:19-cv-01818, 3 in PR/3:19-cv-01819, 3 in PR/3:19-cv-01821, 3 in PR/3:19-cv-01824).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

| | |
|---|---|
| **Case Name:** | Municipality of Ceiba, Puerto Rico v. Purdue Pharma L.P. et al |
| **Case Number:** | PR/3:19-cv-01818 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-111) Finalized on 9/19/19. Please see pleading ( [5661] in MDL No. 2804, 3 in NYE/1:19-cv-04949, 3 in NYE/1:19-cv-04952, 3 in NYE/1:19-cv-04958, 3 in NYE/1:19-cv-04961, 3 in NYE/1:19-cv-04964, 3 in NYE/2:19-cv-04972, 3 in NYE/2:19-cv-04976, 4 in OKN/4:19-cv-00485, 3 in PAE/2:19-cv-03899, 4 in PAE/5:19-cv-03884, 3 in PR/3:19-cv-01814, 3 in PR/3:19-cv-01815, 3 in PR/3:19-cv-01816, 3 in PR/3:19-cv-01818, 3 in PR/3:19-cv-01819, 3 in PR/3:19-cv-01821, 3 in PR/3:19-cv-01824).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 9/19/2019.**

**Associated Cases: MDL No. 2804, NYE/1:19-cv-04949, NYE/1:19-cv-04952, NYE/1:19-cv-04958, NYE/1:19-cv-04961, NYE/1:19-cv-04964, NYE/2:19-cv-04972, NYE/2:19-cv-04976, OKN/4:19-cv-00485, PAE/2:19-cv-03899, PAE/5:19-cv-03884, PR/3:19-cv-01814, PR/3:19-cv-01815, PR/3:19-cv-01816, PR/3:19-cv-01818, PR/3:19-cv-01819, PR/3:19-cv-01821, PR/3:19-cv-01824 (CMD)**

**No public notice (electronic or otherwise) sent because the entry is private**