IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL No. 2804

### SCHEDULE CTO−111 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 19−05905 | Hestrup v. H.D. Smith, LLC et al |
| NEW JERSEY | | | |
| NJ | 3 | 19−17138 | COUNTY OF OCEAN, NEW JERSEY v. PURDUE PHARMA L.P. et al |
| NJ | 3 | 19−17155 | CITY OF TRENTON, NEW JERSEY v. PURDUE PHARMA L.P. et al |
| NEW YORK EASTERN | | | |
| NYE | 1 | 19−04949 | Amalgamated Union Local 450−A Welfare Fund v. Purdue Pharma L.P. et al |
| NYE | 1 | 19−04952 | Drywall Tapers Insurance Fund v. Purdue Pharma L.P. et al |
| NYE | 1 | 19−04958 | NOITU Insurance Trust Fund v. Purdue Pharma L.P. et al |
| NYE | 1 | 19−04961 | Local 8A−28A Welfare Fund v. Purdue Pharma L.P. et al |
| NYE | 1 | 19−04964 | Local 22 Health Benefit Fund v. Purdue Pharma L.P. et al |
| NYE | 2 | 19−04891 | Allegany County v. Purdue Pharma Lp et al |
| NYE | 2 | 19−04972 | Nassau University Medical Center v. Purdue Pharma L.P. et al |
| NYE | 2 | 19−04976 | Laborers Local 1298 of Nassau & Suffolk Counties Welfare Fund v. Purdue Pharma L.P. et al |
| OKLAHOMA EASTERN | | | |
| OKE | 6 | 19−00291 | Seminole, City of v. Purdue Pharma, LP et al |
| OKLAHOMA NORTHERN | | | |
| OKN | 4 | 19−00485 | Osage Nation, The v. Purdue Pharma L.P. et al |
| OKLAHOMA WESTERN | | | |

| | | | |
|---|---|---|---|
| OKW | 5 | 19−00804 | Bethany City of v. Purdue Pharma LP et al |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 19−03899 | I−KARE TREATMENT CENTER, LLC v. PURDUE PHARMA L.P. et al |
| PAE | 5 | 19−03884 | CITY OF ALLENTOWN, PENNSYLVANIA v. AMERISOURCEBERGEN DRUG CORPORATION et al |

PUERTO RICO

| | | | |
|---|---|---|---|
| PR | 3 | 19−01814 | Municipality of Caguas v. Purdue Pharma Inc. et al |
| PR | 3 | 19−01815 | Municipality of Bayamon, Puerto Rico v. Purdue Pharma L.P. et al |
| PR | 3 | 19−01816 | Municipality of Arroyo, Puerto Rico v. Purdue Pharma L.P. et al |
| PR | 3 | 19−01818 | Municipality of Ceiba, Puerto Rico v. Purdue Pharma L.P. et al |
| PR | 3 | 19−01819 | Municipality of Coamo, Puerto Rico v. Purdue Pharma L.P. et al |
| PR | 3 | 19−01821 | Municipality of Villalba v. Purdue Pharma L.P. et al |
| PR | 3 | 19−01824 | Municipality of Catano, Puerto Rico v. Purdue Pharma L.P. et al |

TENNESSEE EASTERN

| | | | |
|---|---|---|---|
| TNE | 2 | 19−00157 | Takoma Regional Hospital et al v. Purdue Pharma L.P. et al |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 4 | 19−03299 | County of Williamson v. Walgreens Boots Alliance et al |