# United States District Court
# District of Puerto Rico (San Juan)
# CIVIL DOCKET FOR CASE #: 3:19–cv–01819–JAG

Municipality of Coamo, Puerto Rico v. Purdue Pharma L.P. et al
Assigned to: Judge Jay A. Garcia–Gregory
Case in other court: Northern District of Ohio, 1:17–MD–2804
Cause: 18:1961 Racketeering (RICO) Act

Date Filed: 08/30/2019
Date Terminated: 09/19/2019
Jury Demand: Plaintiff
Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability
Jurisdiction: Federal Question

**Plaintiff**

**Municipality of Coamo, Puerto Rico**　　represented by　　**Douglas H. Sanders**
Sanders Phillips Grossman, LLC
B7 Tabonuco
Suite 801
Guaynabo, PR 00968
787–331–1140 x8100
Fax: 516–750–1204
Email: dsanders@thesandersfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PURDUE PHARMA L.P.**

**Defendant**

**Purdue Pharma, Inc.**

**Defendant**

**THE PURDUE FREDERICK COMPANY, INC.**

**Defendant**

**TEVA PHARMACEUTICALS USA, INC.**

**Defendant**

**CEPHALON, INC.**

**Defendant**

**JOHNSON & JOHNSON**

**Defendant**

**JANSSEN PHARMACEUTICALS, INC.**

**Defendant**

NORAMCO, INC.

**Defendant**

Ortho–McNeil–Janssen Pharmaceuticals, Inc.

**Defendant**

Janssen Pharmaceutica, Inc.

**Defendant**

Endo Health Solutions Inc.

**Defendant**

ENDO PHARMACEUTICALS, INC.

**Defendant**

McKESSON CORPORATION

**Defendant**

CARDINAL HEALTH, INC.

**Defendant**

AMERISOURCEBERGEN DRUG CORPORATION

**Defendant**

Richard S. Sackler

**Defendant**

Jonathan D. Sackler

**Defendant**

Mortimer D.A. Sackler

**Defendant**

Kathe A. Sackler

**Defendant**

Ilene Sackler–Lefcourt

**Defendant**

Beverly Sackler

**Defendant**

**Theresa Sackler**

**Defendant**

**David A. Sackler**

**Defendant**

**Rhodes Technologies, Inc.**

**Defendant**

**Rhodes Technologies**

**Defendant**

**Rhodes Pharmaceutical L.P.**

**Defendant**

**Rhodes Pharmaceuticals, Inc.**

**Defendant**

**Trust for the Benefit of Members of the Raymond Sackler Family**

**Defendant**

**The P.F. Laboratories, Inc.**

**Defendant**

**Stuart D. Baker**

**Defendant**

**Allergan PLC**

**Defendant**

**Allergen Finance, LLC**

**Defendant**

**WATSON LABORATORIES, INC.**

**Defendant**

**Actavis, LLC**

**Defendant**

**Actavis Pharma, Inc.**

**Defendant**

**PAR Pharmaceutical, Inc.**

**Defendant**

**PAR Pharmaceuticals Companies, Inc.**

**Defendant**

**MALLINCKRODT PLC**

**Defendant**

**MALLINCKRODT LLC**

**Defendant**

**Specgx LLC**

**Defendant**

**Anda, Inc.**

**Defendant**

**Insys Therapeutics, Inc.**

**Defendant**

**H.D. Smith Wholesale Drug Company**

**Defendant**

**Miami–Luken, Inc.**

**Defendant**

**Other Corporations ABC and 1–100**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/30/2019 | 1 | COMPLAINT against Actavis Pharma, INC. f/k/a Watson Pharma, INC., Actavis, LLC, Allergan PLC f/k/a Actavis PLC, Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, INC., AmerisourceBergen Drug Corporation, Anda, INC., Beverly Sackler, Cardinal Health, INC., Cephalon, INC., David A. Sackler, Endo Health Solutions INC., Endo Pharmaceuticals, INC., H.D. Smith Wholesale Drug Company, Ilene Sackler Lefcourt, Insys Therapeutics, INC., Janssen Pharmaceutica, INC. N/K/A Janssen Pharmaceuticals, INC., Janssen Pharmaceuticals, INC., Johnson & Johnson, Jonathan D. Sackler, Kathe A. Sackler, Mallinckrodt LLC, Mallinckrodt PLC, Miami–Luken, INC., Mortimer D.A. Sackler, McKesson Corporation, Noramco, INC., Ortho–McNeil–Janssen Pharmaceuticals, INC. N/K/A Janssen Pharmaceuticals, INC., Other Corporations ABC and 1–100, PAR Pharmaceutical, INC., PAR Pharmaceuticals Companies, INC., Purdue Pharma INC., Purdue Pharma L.P., Rhodes Pharmaceuticals L.P., Rhodes Pharmaceuticals, INC., Rhodes Technologies, Richard S. Sackler, Specgx LLC, Stuart D. Baker, Teva Pharmaceuticals USA, INC., The P.F. Laboratories, INC., The Purdue Frederick Company, INC., Theresa Sackler, Trust for the Benefit of Members of the Raymond Sackler Family, Watson Laboratories, INC. ( Filing fee $400 receipt number 0104–6565346.), filed by Municipality of Coamo, Puerto Rico. Service due by 12/2/2019, (Attachments: # 1 Civil Cover Sheet, # 2 Category Sheet, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons, # 9 Summons, # 10 Summons, # 11 Summons, # 12 Summons, # 13 Summons, # 14 Summons, # 15 Summons, # 16 Summons, # 17 Summons, # 18 Summons, # 19 Summons, # 20 Summons, # 21 |

| | | |
|---|---|---|
| | | Summons, # 22 Summons, # 23 Summons, # 24 Summons, # 25 Summons, # 26 Summons, # 27 Summons, # 28 Summons, # 29 Summons, # 30 Summons, # 31 Summons, # 32 Summons, # 33 Summons, # 34 Summons, # 35 Summons, # 36 Summons, # 37 Summons, # 38 Summons, # 39 Summons, # 40 Summons, # 41 Summons, # 42 Summons, # 43 Summons, # 44 Summons, # 45 Summons)(Sanders, Douglas) Modified on 9/4/2019 to replace all caps text. (mg). (Entered: 08/30/2019) |
| 09/03/2019 | 2 | NOTICE OF JUDGE ASSIGNMENT Case has been assigned to Judge Jay A. Garcia−Gregory (arg) (Entered: 09/03/2019) |
| 09/04/2019 | 3 | Summons Issued as to AMERISOURCEBERGEN DRUG CORPORATION, Actavis Pharma, Inc., Actavis, LLC, Allergan PLC, Allergen Finance, LLC, Anda, Inc., CARDINAL HEALTH, INC., CEPHALON, INC., ENDO PHARMACEUTICALS, INC., Endo Health Solutions Inc., H.D. Smith Wholesale Drug Company, Insys Therapeutics, Inc., JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, Janssen Pharmaceutica, Inc., MALLINCKRODT LLC, MALLINCKRODT PLC, McKESSON CORPORATION, Miami−Luken, Inc., NORAMCO, INC., Ortho−McNeil−Janssen Pharmaceuticals, Inc., PAR Pharmaceutical, Inc., PURDUE PHARMA L.P., Purdue Pharma, Inc., Rhodes Pharmaceutical L.P., Rhodes Pharmaceuticals, Inc., Rhodes Technologies, Rhodes Technologies, Inc., Beverly Sackler, David A. Sackler, Jonathan D. Sackler, Kathe A. Sackler, Mortimer D.A. Sackler, Richard S. Sackler, Theresa Sackler, Ilene Sackler−Lefcourt, Specgx LLC, Stuart D. Baker, TEVA PHARMACEUTICALS USA, INC., THE PURDUE FREDERICK COMPANY, INC., The P.F. Laboratories, Inc., Trust for the Benefit of Members of the Raymond Sackler Family, WATSON LABORATORIES, INC. (Attachments: # 1 Summons) (arg) (Entered: 09/04/2019) |
| 09/19/2019 | 4 | Minute Order to involved Clerks entered in MDL #2804 informing of the electronic transfer to the Northern District of Ohio. Order becomes effective upon receipt of a certified copy of CTO−111 from the transferee court. Signed by Clerk of the Multidistrict Litigation Panel John W. Nichols on 9/19/2019. (mg) (Entered: 09/20/2019) |
| 09/19/2019 | 5 | CONDITIONAL TRANSFER ORDER (CTO−111) FINALIZED for the transfer of this case to the Northern District of Ohio re: MDL # 2804. Signed by Clerk of the Multidistrict Litigation Panel, John W. Nichols on 9/19/2019. (Attachments: # 1 NEF, # 2 Tag Along) (mg) (Entered: 09/20/2019) |
| 09/19/2019 | 6 | CERTIFIED COPY OF CTO−111 received from the Northern District of Ohio. (mg) (Entered: 09/20/2019) |